```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

BRIAN FUOSS,                    )
                                )
          Plaintiff,            )        8:05CV29
                                )
     v.                         )
                                )
ROGER HOUSTON and MOELLER       )        ORDER
TRUCKING, INC.,                 )
                                )
          Defendants.           )
                                )
```

IT IS ORDERED:

The clerk is directed to remove filing number 26 from the public docket sheet and file it as a sealed pleading.

DATED this 11th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge