IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN FUOSS, | ) | CASE NO.   8: 05 CV 29 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROGER HOUSTON and | ) | |
| MOELLER TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Motion to Strike filed by the Defendants in the above-entitled matter for the reason that Defendant's document, "Notice of Service", Document No. 30, was filed erroneously by electronic mailing on July 19, 2005;

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that defendant's Motion to Strike, filing 31, is granted and defendants are allowed to file the correct Notice of Service by electronic filing.

DATED this 20th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge


Prepared and Submitted by:

s/s Michael T. Gibbons  #21263
Woodke & Gibbons, P.C. L.L.O.
7253 Grover Street
Omaha NE 68124
(402) 391-6000
Attorneys for Defendants