```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRIAN FUOSS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV29 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER HOUSTON, and MOELLER TRUCKING, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from February 21 to **February 14, 2006 at 10:00 a.m.** in the 4th Floor Conference Room, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge