IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN FUOSS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV29 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER HOUSTON and MOELLER TRUCKING, INC., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of plaintiff/counterclaimant defendant, Brian Fuoss, to file amended answer, filing 35, is granted and the amended answer shall be filed within five days.

DATED this 12th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge