```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRIAN FUOSS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV29 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER HOUSTON and MOELLER | ) | ORDER |
| TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to extend progression order, filing 42, is granted in part and,

1. Jury trial is continued to 9:00 a.m., May 15, 2006 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Metro v. Allied</u>, 4:05cv3083. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held April 28, 2006 at 11:00 a.m. before the undersigned magistrate judge in chambers, **Lincoln,** Nebraska.

3. The deposition deadline is continued to April 14, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 14th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge