```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRIAN FUOSS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV29 |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER HOUSTON and MOELLER | ) | ORDER |
| TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Paragraph 2 of the memorandum and order entered this date (filing 45) as to the above case is amended as follows:

"2.  The following civil hearings and trials are moved to Lincoln:

**4/28/06   11:00 a.m.**     Pretrial Conference in Fuoss v. Houston, 8:05cv29"

DATED this 15th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge