IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN FUOSS, | ) | 8:05CV29 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ROGER HOUSTON and | ) | |
| MOELLER TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' motions for dismissal (filings 50 and 52) and stipulation (filing 51) and Fed. R. Civ. P. 41,

IT IS ORDERED:

1. Brian Fuoss's claims against Roger Houston and Moeller Trucking, Inc. are dismissed <u>with</u> prejudice, each party to bear her or its own costs, expenses and attorneys' fees, complete record waived; and

2. Roger Houston and Moeller Trucking, Inc.'s counterclaims claims against Brian Fuoss are dismissed <u>without</u> prejudice, each party to bear her or its own costs, expenses and attorneys' fees, complete record waived.

April 25, 2006.                    BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge